## Viso, et al. *v.* Werner, Appellant, et al.

Argued December 4, 1974. *Elliot B. Platt,* for appellant; *Pershing N. Calabro,* with him *Stephen T. Shaffer,* for appellees.

Judgment affirmed.

VAN DER VOORT, J., absent.

February 27, 1975

## Commonwealth, Appellant, *v.* Anderson.

Submitted November 11, 1974. *Robert L. Campbell* and *Robert L. Eberhardt,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellant; *Stuart E. Savage,* and *Savage and Finkel,* for appellee.

Order affirmed.